# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| RANDALL MAY INTERNATIONAL, INC., <br><br>Plaintiff, <br><br>v. <br><br>DEG MUSIC PRODUCTS, INC., *et al*, <br><br>Defendants. <br><br>AND RELATED COUNTERCLAIMS. | SACV 05-00894 TJH (Ex) <br><br>Order <br>(#158) |

The Court has considered Plaintiff's motion to have Defendant DEG Music Products, Inc. ["DEG"] declared liable for breach of contract in light of the Court's '886 infringement order; DEG's *ex parte* application for leave to file a sur-reply to Plaintiff's motion re: breach of contract; and DEG's motion for entry of final judgment to permit an interlocutory appeal and to stay the trial pending appeal; together with the moving and opposing papers.

1  It is Ordered that DEG's *ex parte* application for leave to file a sur-reply be, and hereby is, Granted.

It is further Ordered that Plaintiff's motion to have DEG declared liable for breach of contract in light of the Court's '886 infringement order shall be deemed a motion for summary adjudication on Plaintiff's claim for breach of contract and, as such, be, and hereby is, Granted. In light of the '886 infringement order, DEG is liable for breach of the settlement agreement's Covenant Not to Infringe provision. The relevant language of the settlement agreement is clear and unambiguous, and covers any and all patents, not just the '583 patent and its lineage.

Upon entry of a final judgment as to liability, which will include a permanent injunction, the only remaining issues will be an accounting, attorneys fees and costs. Therefore, it is further Ordered that DEG's motion for entry of final judgment to permit an interlocutory appeal pursuant to 28 U.S.C. § 1292(c)(2) and to stay the trial pending appeal be, and hereby is, Granted.

It is further Ordered that the parties shall lodge with the Court by March 23, 2009, a joint proposed final judgment, which shall include a permanent injunction. If the parties are unable to agree on the language for a joint proposed final judgment, they shall each submit a proposed final judgment.

Date: February 25, 2008

_____
Terry J. Hatter, Jr.
Senior United States District Judge