Dennis G. Martin (State Bar No. 54060)
Willmore F. Holbrow, III (State Bar No. 169688)
BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN LLP
12400 Wilshire Boulevard, Seventh Floor
Los Angeles, California 90025
Tel: (310) 207-3800
Fax: (310) 820-5988

Attorneys for Defendant
DEG MUSIC PRODUCTS, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| RANDALL MAY INTERNATIONAL, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>DEG MUSIC PRODUCTS, INC., a Wisconsin corporation, and DYNASTY USA, an unknown business entity,<br><br>Defendants. | Case No. CV 05-894 TJH (CFEx)<br><br>**DEG'S NOTICE OF APPEAL**<br><br>Assigned to<br>Honorable Terry J. Hatter |

Defendant DEG Music Products, Inc. hereby appeals to the Court of Appeals for the Federal Circuit from the Final Judgment Except For An Accounting entered on April 6, 2004 and all orders issued in the case, pursuant to 28 USC §1292 (c) and 28 USC §1292(a)(1).

Dated: May 13, 2009

Respectfully submitted,

/s/ Dennis G. Martin
Dennis G. Martin
BLAKELY, SOKOLOFF, TAYLOR & ZAFMAN, LLP
12400 Wilshire Boulevard, Seventh Floor
Los Angeles, California 90025
Attorneys for Defendant, DEG Music Products, Inc.

1